IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WELTON JAMES WATSON, II                                                                      PLAINTIFF

      v.                         Civil No.  4:11-cv-04022

MS. CARMALETTA WILLIAMS, Head
Nurse, Miller County Detention Center;
SHERIFF RON STOVALL; CORRECTIONAL
HEALTHCARE CO.; WARDEN CANNON,
Jail Administrator, Miller County Detention Center;
and DR. ROBERT NASH                                                                          DEFENDANTS

## JUDGMENT

On October 26, 2011, I entered an order (ECF No. 40) granting Defendants' motion to compel (ECF No. 25) and directing Plaintiff to provide Defendants with discovery responses by November 10, 2011.  Plaintiff was advised that failure to obey the Court order would result in the dismissal of his case.

If they did not receive the discovery responses, Defendants were directed to file a motion to dismiss.  Defendants have filed a motion to dismiss (ECF No. 41) in which they state they have not received any discovery responses from the Plaintiff.   The motion to dismiss (ECF No. 41) is therefore granted in view of Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 1st day of December 2011.

                                                             /s/ Barry A. Bryant
                                                             HON. BARRY A. BRYANT
                                                             UNITED STATES MAGISTRATE JUDGE