IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WELTON JAMES WATSON, II                                                              PLAINTIFF

      v.                            Civil No. 4:11-cv-04022

MS. CARMALETTA WILLIAMS, Head
Nurse, Miller County Detention Center;
SHERIFF RON STOVALL; CORRECTIONAL
HEALTHCARE CO.; JAIL ADMINISTRATOR,
Miller County Detention Center; and
DR. ROBERT NASH                                                                         DEFENDANTS

## ORDER

Plaintiff has filed a motion to reopen this case (ECF No. 43). On August 18, 2011, Defendants filed a motion to compel (ECF No. 25). Although he filed other documents, Plaintiff did not respond to the motion to compel. On October 26, 2011 (ECF No. 40), this Court granted the Defendants' motion to compel and directed Plaintiff to provide Defendants with discovery responses by November 10, 2011.

On November 30, 2011, Defendants filed a motion to dismiss (ECF No. 41). In the motion, they advised the Court that they had not received any discovery responses from the Plaintiff. The motion to dismiss was granted (ECF No. 42) and the case dismissed based on Plaintiff's failure to obey the order of the Court and his failure to prosecute the action.

In his motion to reopen (ECF No. 43), Plaintiff states he does not believe the Court followed "protocol" when his case was dismissed. The motion to reopen (ECF No. 43) is denied. Plaintiff did not provide discovery responses to the Defendants as he was directed to do so by the Court.

IT IS SO ORDERED this 20th day of March 2012.

                                              /s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE